GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JOANNA KANG (California State Bar No. 251756)
Special Assistant United States Attorney
333 Market Street
San Francisco, CA 94105
Tel: (415) 977-8977
Fax: (415) 744-0134
E-Mail: Joanna.Kang@ssa.gov
Attorney for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
NOV 19 2009
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

SHARON LOTTON,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

No. CV 09-877 RGK (FMO)

[PROPOSED] ORDER AWARDING EAJA FEES

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount of FOUR THOUSAND TWO HUNDRED DOLLARS and 00/cents ($4,200.00) as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

DATED: 11-19-09    _____
UNITED STATES MAGISTRATE JUDGE

-1-